IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 12-cv-00902-REB

MIKEAL GLENN STINE,

    Plaintiff,

v.

U.S. FEDERAL BUREAU OF PRISONS,
DR. CHRISTOPHER WILSON, ADX,
DR. DAVID ALLRED, Clinical Director,
MR. ROGERS, EMT, ADX
BLAKE DAVIS, Warden, ADX,
MR. MUNSON, Associate Warden, ADX,
HON. LEWIS T. BABCOCK, Judge,
HON. KRISTEN L. MIX, Magistrate Judge,
HON. CRAIG B. SHAFFER, Magistrate Judge,
HON. BOYD BOLAND,
HON. ZITA L. WEINSHIENK, Judge,
HON. PHILIP A. BRIMMER, Judge,
MS. AMY L. PADDEN, Attorney,
MR. J. BENEDICT GARCIA, Attorney, and
JOHN DOES,
MARCIA S. KRIEGER, Judge,
RICHARD P. MATSCH, Judge,
JOHN L. KANE, Judge,
CHRISTINE M. ARGUELLO, Judge,
MICHAEL J. WATANABE, Magistrate Judge,
MICHAEL J. HEGARTY, Magistrate Judge,
KATHLEEN M. TAFOYA, Magistrate Judge,
DAVID L. WEST, Magistrate Judge, and
GUDRUN J. RICE, Magistrate Judge,

    Defendants.

ORDER DENYING LEAVE TO PROCEED
*IN FORMA PAUPERIS* ON APPEAL

Blackburn, J.

    Pursuant to the filing restrictions imposed on Plaintiff in *Stine v. Lappin*, et al.,

No. 07-cv-01839-WYD-KLM, Doc. # 344[1] at 30-32 (D. Colo. Sept. 1, 2009), the Court, on May 7, 2012, denied Plaintiff's request to proceed with a *pro se* action in this Court. Based on the findings in the Order of May 7, 2012, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Order is not taken in good faith, and, therefore, *in forma pauperis* status is denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Plaintiff files a notice of appeal, he must pay the full $455.00 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 2.

DATED at Denver, Colorado, May 11, 2012.

BY THE COURT:

Robert E. Blackburn
United States District Judge

---

[1] "Doc. #344" is the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF).